UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
      :
ROBERT WEEKES, *individually and on behalf of all*  :
*others similarly situated*,      :
      :    21-CV-10581 (JMF)
      Plaintiff,      :
      :    <u>ORDER</u>
    -v-      :
      :
BEYOND BETTER FOODS, LLC,      :
      :
      Defendant.      :
      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* ECF No. 22, Defendant's earlier motion to dismiss filed at ECF No. 17 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **June 3, 2022**. Defendant's reply, if any, is due by **June 10, 2022**.

      The Clerk of Court is directed to terminate ECF No. 17.

      SO ORDERED.

Dated: May 20, 2022
      New York, New York
                                            JESSE M. FURMAN
                                          United States District Judge